**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE: 0:22-cv-61958-RAR

DOUG LONGHINI,

    Plaintiff,

v.

SUSU 5 FLAMINGO FALLS LP D/B/A FLAMINGO FALLS, BUENOS AIRES BAKERY II CORP. D/B/A BUENOS AIRES BAKERY & CAFÉ, JOHN'S BEST PIZZA, INC. D/B/A JOHN THE BAKER and SANO FOOD PEMBROKE CORP D/B/A SANO FOOD PEMBROKE.

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, DOUG LONGHINI, hereby advises the Court that he has reached an agreement in principle to settle the instant case with Defendant, SANO FOOD PEMBROKE CORP D/B/A SANO FOOD PEMBROKE, via the principal for the Defendant. The Plaintiff will file a Voluntary Dismissal with Prejudice dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than forty-five (45) days from the date of this Notice. Accordingly, the Plaintiff respectfully requests that the Court vacate all currently set dates and deadlines as to Defendant, SANO FOOD PEMBROKE CORP D/B/A SANO FOOD PEMBROKE.

Respectfully submitted this November 28, 2022.


/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451

**GARCIA-MENOCAL & PEREZ, P.L.**
4937 S.W. 74th Court, Unit #3
Miami, FL 33155
Telephone: (305) 553- 3464
Primary Email: ajperez@lawgmp.com;
Secondary E-Mail: bvirues@lawgmp.com;
dperaza@lawgmp.com;
dramos@lawgmp.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this November 28, 2022.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com;
dperaza@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ
    Florida Bar No.: 535451