**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-61958-RAR**

**DOUG LONGHINI**,

     Plaintiff,

v.

**SUSU 5 FLAMINGO FALLS LP,** *et al.*,

     Defendants.

_____/

## ORDER DISMISSING DEFENDANT WITH PREJUDICE

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [ECF No. 25], as to Defendant Sano Food Pembroke Corp., filed on January 10, 2023. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Defendant Sano Food Pembroke Corp. is **DISMISSED** *with prejudice* with each party to bear their own attorneys' fees and court costs.

**DONE AND ORDERED** in Miami, Florida, this 11th day of January 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**